400 A.2d 615

Czaplicki et al., Appellants, v. Soffian et al.

Argued December 5, 1978. Michael J. Pepe, Jr., for appellants; Eugene E. J. Maier, for appellees.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.